UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NYKEEM ODOM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. CIV-25-626-J |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

      Petitioner, a federal prisoner appearing pro se, has filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241.  The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636.  [Doc. No. 3].  On July 9, 2025, Judge Maxfield issued a Report and Recommendation recommending that based upon Petitioner's failure to comply with the Court's order to cure the deficiencies in his filings, the Petition for Writ of Habeas Corpus be dismissed without prejudice to the re-filing.  [Doc. No. 5].  Petitioner was advised of his right to object to the Report and Recommendation by July 30, 2025.  No objection has been filed.  Petitioner has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

      Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 5] and DISMISSES Petitioner's Petition for Writ of Habeas Corpus, without prejudice, based upon Petitioner's failure to comply with the Court's orders.  A certificate of appealability is DENIED, as the Court concludes Petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 18th day of August, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE